United States District Court
Southern District of Texas
**ENTERED**
February 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Arif M. Shaikh, <br>   *Plaintiff,* | § § § | |
| v. | § § | Civil Action H-22-268 |
| East Freeway Truck Stop, Inc., et al., <br>   *Defendants.* | § § § | |

### FINAL JUDGMENT

As the jury has returned its verdict in favor of the Defendants, Plaintiff Arif M. Shaikh takes nothing from Defendants.

This is a FINAL JUDGMENT.

Signed at Houston, Texas, on February 15, 2024.

               _____
                  Peter Bray
              United States Magistrate Judge